■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARCOS MOSQUEDA, Appellant, v ROBERT HANSLMAIER, as Acting Su-

perintendent of Woodbourne Correctional Facility, Respondent. [623 NYS2d 164] —Casey, J. Appeal from a judgment of the Supreme Court (Kane, J.), entered May 31, 1994 in Sullivan County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 70, without a hearing.

Petitioner failed to establish that a writ of habeas corpus is the appropriate remedy for the claims which arise out of his prior conviction (see, People ex rel. Graham v McClellan, 182 AD2d 872, appeal dismissed 80 NY2d 892).

Mikoll, J. P., Mercure, White and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.